HAROLD T. CONFER et al., Appellants, *v.* ERNEST J. PIRMAN et al., Respondents.

Argued January 21, 1937; decided March 16, 1937.

*John A. Slade* for appellants.

*Joseph Rosch* and *John H. Barker* for respondents.

Judgment affirmed, with costs, on the authority of *White* v. *Knickerbocker Ice Co.* (254 N. Y. 152). No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: HUBBS, J.